IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

JOSE DAVID CRUZ-NIEVES
IVETSY ROSADO-DIAZ

CASE NO. 10-08223-BKT13

CHAPTER 13

DEBTORS

* * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

Now come debtors, through the undersigned attorney and very respectfully allege and pray as follows:

1. That on this same date I have mailed a true copy of the Chapter 13 Plan dated September 6, 2010, to all creditors and parties in interest appearing on attached master address list.

WHEREFORE, the undersigned prays to this Honorable Court to take notice of the aforementioned.

In Cabo Rojo, Puerto Rico, this 8th day of September, 2010.

I HEREBY CERTIFY that this document has been electronically filed on this date through the Court CM/ECF System which will notify the Chapter 13 Trustee, Alejandro Oliveras Rivera, Esq. and I hereby certify that a copy of the foregoing motion has been served upon all parties in interest non CM/ECF participants as per attached master address list.

S/ ANGEL M. ROMAN ONGAY, ESQ.
ATTORNEY FOR DEBTOR
USDC 212202
B-45 EXT. LA CONCEPCION
CABO ROJO, P.R. 00623
TEL: 787-851-5872
E-mail: mitchroman@hotmail.com

United States Bankruptcy Court
District of Puerto Rico

IN RE: | Case No. **10-08223-BKT13**

**CRUZ NIEVES, JOSE DAVID & ROSADO DIAZ, IVETSY**
Debtor(s)

Chapter **13**

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **9/06/2010**
☑ PRE ☐ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____
Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **200.00** x **60** = $ **12,000.00**
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ **12,000.00**

Additional Payments:
$ **163,000.00** to be paid as a LUMP SUM within **60 months** with proceeds to come from:
☐ Sale of Property identified as follows:

☑ Other:
**REFINANCING OF REAL PROPERTY**

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ **175,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,000.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR D** Cr. ___ Cr. ___
# **07-101-001-1681775** # ___ # ___
$ **2,568.00** $ ___ $ ___
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BANCO BILBAO VIZ** Cr. ___ Cr. ___
# **40-8030802169** # ___ # ___
$ **49,229.00** $ ___ $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: ___

5. ☐ Other: ___

6. ☑ Debtor otherwise maintains regular payments directly to:
**BANCO POPULAR D**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
☐ Paid 100% / ☐ Other: ___
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)

Signed: **/s/ JOSE DAVID CRUZ NIEVES**
Debtor

**/s/ IVETSY ROSADO DIAZ**
Joint Debtor

Attorney for Debtor **Angel Miguel Roman Ongay** Phone: **(787) 851-5872**

CHAPTER 13 PAYMENT PLAN

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Label Matrix for local noticing        US Bankruptcy Court District of P.R.    AMERICAN EXPRESS
0104-3                                  U.S. Post Office and Courthouse Building PO BOX 1270
Case 10-08223-BKT13                     300 Recinto Sur Street, Room 109        NEWARK, NJ  07101-1270
District of Puerto Rico                 San Juan, PR 00901-1964
Old San Juan
Wed Sep  8 20:43:33 AST 2010

BANCO BILBAO VIZCAYA ARGENTARIA         BANCO POPULAR DE PUERTO RICO            CAPITAL ONE
PO BOX 364745                           BANKRUPTCY DEPARTMENT                   PO BOX 30285
SAN JUAN, PR  00936-4745                PO BOX 366818                           SALT LAKE CITY, UT  84130-0285
                                        SAN JUAN, PR  00936-6818


CITI CARDS                              CITIFINANCIAL RETAIL SERVICE            CITIFINANCIAL RETAIL SERVICES
PO BOX 6500                             PO BOX 221309                           PO BOX 22066
SIOUX FALLS, SD  57117-6500             CHARLOTTE, NC  28222-1309               TEMPE, AZ  85285-2066


CITIFINANCIAL RETAIL SERVICES DE PR     CRIM                                    DEPT OF TREASURY PR
PO BOX 71328                            PO BOX 195387                           BANKRUPTCY SECTION (424-B)
SAN JUAN, PR  00936-8428                SAN JUAN, PR  00919-5387                PO BOX 9024140
                                                                                SAN JUAN, PR  00902-4140


EDGARDO VEGUILLA GONZALEZ ESQ           EUROBANK                                GE MONEY BANK
30 CALLE PADIAL SUITE 244               PO BOX 19100                            BANKRUPTCY DEPT
CAGUAS, PR 00725-3597                   SAN JUAN, PR 00910                      PO BOX 103104
                                                                                ROSWELL, GA 30076-9104


INTERNAL REVENUE SERVICE                JC PENNEY                               JOMEL CARMELO RIVERA TORRES
CITY VIEW PLAZA II                      GE MONEY BANK                           NADYA ESTHER CLAVELL GONZALEZ
48 CARR 165 STE #2000                   PO BOX 364788                           4L35 CALLE 213 COLINAS DE FAIRVIEW
GUAYNABO, PR  00968-8000                SAN JUAN, PR  00936-4788                TRUJILLO ALTO, PR 00976-8241


MARIOTT VACATION CLUB                   MUNICIPIO DE TRUJILLO ALTO              UNITED COLLECTION BUREAU INC
TIME SHARE                              PO BOX 1869                             PO BOX 140310
6649 WESTWOOD BLVD SUITE 500            TRUJILLO ALTO, PR 00977-1869            TOLEDO, OH 43614-0310
ORLANDO, FL 32821-6066


USAA FEDERAL SAVINGS BANK               ALEJANDRO OLIVERAS RIVERA               ANGEL MIGUEL ROMAN ONGAY
C/O LTD FINANCIAL SERVICES LP           ALEJANDRO OLIVERAS, CHAPTER 13 TRUS     B-45 EXT LA CONCEPCION
7322 SOUTHWEST FREEWAY STE 1600         PO BOX 9024062                          CABO ROJO, PR  00623
HOUSTON, TX 77074-2053                  SAN JUAN, PR 00902-4062


IVETSY ROSADO DIAZ                      JOSE DAVID CRUZ NIEVES                  MONSITA LECAROZ ARRIBAS
ER-107 CALLE 5                          ER-107 CALLE 5                          OFFICE OF THE US TRUSTEE (UST)
ENTRERIOS ENCANTADA                     ENTRERIOS ENCANTADA                     OCHOA BUILDING
TRUJILLO ALTO, PR 00976                 TRUJILLO ALTO, PR 00976                 500 TANCA STREET  SUITE 301
                                                                                SAN JUAN, PR 00901-1938


End of Label Matrix
Mailable recipients    26
Bypassed recipients     0
Total                  26
```